JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LYNNE HALE, | ) Case No. EDCV 21-1724-JPR ) |
| Plaintiff, | ) ) **J U D G M E N T** |
| v. | ) ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for an immediate award of benefits or further administrative proceedings is DENIED; (2) the Acting Commissioner's request to affirm her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: February 22, 2023

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE